United States District Court
District of Connecticut

Jan 3- 2006        FILED

Judson Brown                    :        2006 JAN 10  P 1:30
   Petitioner                   :        3:02 cv 505 (PCD)(JGM)
       V.                       :
State of Connecticut et al      :

## Motion for Copies of file and Habeas Corpus: And Motion too Reopen Habeas Corpus Case:

petitioner, Judson Brown. ask this Court too send him Copys of his Habeas Corpus forms, application, file, Briefs, and also too Reopen his federal Habeas Corpus case. Brown states that he Cannot get Relife from any State Court and has state that fact in the begening: Brown his exhausted all State Courts, etc. And Now Ask this Court to here his Habeas Corpus Case that He filed in federal Court pro-SE in the District of Rhode Island back in 26th, October, 2001. that was trasferd too this Court and was Dismiss with out prejudice on 8-29-02 becouse petitioner has failed too exhaust his State Court remedies, petitioner is Indegent and ask this Court too wave fee, cost, etc. for Copys & to Reopen his federal Habeas Corpus, as will petition ask this Court for Appointment of Counsel for this Habeas Corpus. petitioner Also

# 1 of #2

\#2

claimes that he is at a state Correctional Center, has no typewriter too use and ask this Court to exsept his motions as thay apear. wavers, motions, etc. Petitioner Also request this honorable Court for an order permitting him to file and proceed with his Habeas Corpus in forma pauperis.

*Judson Brown*

Judson Brown, Pro-se #101299
900 - Highland Ave
Cheshier - Connecticut. 06410

Jan-3-2006

# Certificate of Service

Jan 3 - 2006

Brown v. State of Connecticut, et al
3:02 cv 505 (PCD) (JGM)

I Certifie that a copy of this motion for Reopening my Habeas Corpus & motion for Copys of file Habeas, etc. was sent to:

Carolyn K. Longstreth
Senior Assistant States Attorney
Civil Litigation Bureau
Office of the Chief States Atty.
300 - Corporate Place
Rocky Hill, Ct. 06067
Tel- 860-258-5887

Judson B— #101295
Judson Brown
900 - Highland Ave
Cheshire, Ct. 06410