UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUDSON BROWN,<br>    Petitioner, | : <br> : <br> : | |
| v. | : <br> : | Civil No. 3:02cv505 (PCD) |
| STATE OF CONNECTICUT, et al.,<br>    Respondents. | : <br> : | |

**RULING ON PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**

The Plaintiff, Judson Brown, moves [Doc. No. 24] pursuant to 28 U.S.C. § 1915 for Leave to Proceed Without Prepayment of Fees. Based solely upon the information provided in Petitioner's Application, his Motion is **granted**.

SO ORDERED.

Dated at New Haven, Connecticut, January  19 , 2006.

/s/
Peter C. Dorsey, U.S. District Judge
District of Connecticut