UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUDSON BROWN,<br>　　Petitioner, | :<br>:<br>: | |
| vs. | : | Case No: 3:02cv505 (PCD) |
| | :<br>: | |
| STATE OF CONNECTICUT, et al.,<br>　　Defendants. | :<br>: | |

## ORDER OF REFERRAL

In the interest of justice, Petitioner's Motion for Copies and to Reopen his Habeas Corpus Case [Doc. No. 24] is hereby referred to the Honorable Magistrate Judge Joan G. Margolis.

SO ORDERED.

Dated at New Haven, Connecticut, January  20 , 2006.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court