UNITED STATES DISTRICT COURT   **FILED**

DISTRICT OF CONNECTICUT   2006 MAR -6  P 5:00

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Judson Brown
Name of Plaintiff/Petitioner

v.

Case No. 3:02 CV505 (PCD)(JGM)
Prisoner

State of Connecticut & Commissioner of
Name of Defendant/Respondent   Correction:

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Judson Henry Brown

   Your present mailing address: 900 - Highland Ave, Cheshier Correctional Center, Cheshier, Connecticut. 06410

   Telephone number: (   )

2. Are you presently employed? YES ___ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last

Rev. 2/3/05

employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _Self Employed 1999 Real estate_

Date last worked: _1999_

Weekly earnings: _400.00_

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? _$18.00 Month_

   b) interest, dividends, rents or investments of any kind? _None_

   c) gifts or inheritances of any kind? _None_

6. How much money do you have in any checking or savings account(s)?

   Checking: _None_

   Savings: _None_

   Prison account: _None_

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO _✓_

   If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? _$550,000.00_

For each debt, state the name of the creditor and the amount owed:
CREDITOR                                              AMOUNT OWED
_Court Judgements, fines, Law suites_

Rev. 2/3/05                           2

9. List the persons who depend upon you for support, and state your relationship to them. If any person is a minor child, identify that person by initials only.

   *No one*

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES _____ NO *N/A*

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. *I Am Indigent, State prisoner.*

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _I never got to have a state appointed attorney for my trial, & never got my file for that trial._

(Additional space on next page) _I started trial asking for a attorney but my public defenders lift me to defend my self. After I was found guilty that desided to check my indigency and desided they was "wrong" not to defend me, and desided to apoint me a attorney for my appeal._

EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ___ NO ✓

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

  a) Attorney's name _____

   Date you contacted this attorney _____

   Method of contact (in person, by telephone, etc.) _____

   _____

   Reason why attorney was not employed to handle your case _____
   _I am indigent & I am in prison_

   _____

  b) Attorney's name _____

   Date you contacted this attorney _____

   Method of contact (in person, by telephone, etc.) _____

   _____

Rev. 2/3/05                    4

Reason why attorney was not employed to handle your case _____

_____

_____

c) Attorney's name _____

Date you contacted this attorney _____

Method of contact (in person, by telephone, etc.) _____

_____

Reason why attorney was not employed to handle your case _____

_____

_____

15. Explain any other efforts you have made to obtain an attorney to handle your case.
_____NO money As I Am in prison, Indigent_____

_____

_____

_____

16. Please provide any other information which supports your application for the court to appoint counsel. _This Plaintiff-petitioner, never had a Attorney for his Case for his trial wear he Could have goten #60-years, No body who never paid U.S.A. TAXES Should NAVER have to do his or her own trial who wants a Attorney. As the Case is now. Kindly grant plaintiff a Attorney_

17. Do you need a lawyer who speaks a language other than English?
    YES ___  NO ✓

Rev. 2/3/05                                5

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

2-28-06
Date

Jackson H. Brown
Original Signature of Movant

900- Highland Ave
Cheshire Correctional Center
Cheshire, Connecticut, 06410
Printed Name and Address of Movant

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

Rev. 2/3/05                                6

(List all defendants or counsel for defendants with address and date mailed.)

Carolyn K. Longstreth States Atty.

300 - Corporate Place

Rocky Hill Ct. 06067

_____
Original Signature of Movant