UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
JUDSON BROWN,                         :
        Petitioner,                   :
                                      :           PRISONER
     v.                               :   Case No. 3:02cv505(PCD) (JGM)
                                      :
STATE OF CONNECTICUT, et al.          :
        Respondents.                  :
```

**RULING AND ORDER**

Petitioner objects to the recommended ruling denying his motion to reopen.  For the reasons that follow, the ruling is approved and adopted over petitioner's objection.

On August 29, 2002, the court granted respondents' motion to dismiss this case on the ground that petitioner had not exhausted his state court remedies with regard to any ground for relief contained in the petition.  The case was dismissed without prejudice to petitioner filing another federal habeas action after he fully exhausted his state court remedies.  (See Doc. #22.)  On January 11, 2006, petitioner filed a motion to reopen this case.  On February 3, 2006, the court, Margolis, MJ, filed a recommended ruling denying the motion.

The court dismissed the petition without prejudice to refiling another case because, at that time, the one-year limitations period for filing a federal habeas action had not

begun.  In the recommended ruling, the court noted that petitioner failed to provide any reason why the court should reopen this case instead of requiring him to comply with the prior order.  In his objection, petitioner still does not provide any reason why he should be excused from the prior order, which required that he exhaust the remedies that might be provided by the state court and then commence a new federal habeas corpus action.  Instead, he argues that he should be excused from exhausting his state court remedies on all of his claims.  This argument may be raised should he file another federal habeas action.

The recommended ruling [doc. #27] is **APPROVED** and **ADOPTED** over petitioner's objection.

**SO ORDERED** this ___14th___ day of March, 2006, at New Haven, Connecticut.

                                                     /s/
                                         Peter C. Dorsey
                                         United States District Judge