UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUDSON BROWN,<br>    Petitioner,<br><br>v.<br><br>STATE OF CONNECTICUT, et al.<br>    Respondents. | :<br>:<br>:    PRISONER<br>:    Case No. 3:02cv505(PCD) (JGM)<br>:<br>:<br>: |

## RULING AND ORDER

Petitioner seeks appointment of counsel in this habeas corpus action. On March 14, 2006, the court, Dorsey, DJ, approved and adopted the recommended ruling denying petitioner's motion to reopen this case.

Because the case has not been reopened, petitioner's motion for appointment of counsel [**dkt. #28**] is **DENIED** as moot.

**SO ORDERED** this 16th day of March, 2006, at New Haven, Connecticut.

                                                                  /s/
                                                             JOAN G. MARGOLIS
                                                             UNITED STATES MAGISTRATE JUDGE