MAR 2 9 2006

MAR - 6 2006

Judson Brown
  Petitioner
   Vs.
State of Connecticut. et al.
  Respondents.

prisoner

CASE NO. 3:02 CV 505 (PCD)(JGM)

FILED 2006 MAR 30 P [32]

Objection to Recommended Ruling on motion to Reopen Dated. Feb. 3rd 2006.

Petitioner, Judson Brown has objected to the Recommended Ruling on motion to Reopen: And ask this Court for a hearing on his objection to that Recommended Ruling. As soon as possible: And on the other hand, if this Court desides to Rule <u>not</u> to Reopen petitioners Habeas. this petitioner ask this Court to grant his petition here with this letter for a Habeas Corpus. Pursuant to 28 U.S.C. 2254.

    Thanking you in advance

    Mr. Judson Br  #101299
    900. Highland ave
    Cheshire Ct. 06410
    2-27-06

This is a Certifiate of service, that a copy of this Abjection to Recommended Ruling on motion to Reopen, Dated Feb, 3rd 2006 was served to Respondent Carolyn K. Longstreth, Senior Assistant States Attorney, Civil Litigation Bureau. & office of the Chief States Attorney. 300- Corporate Place, Rocky Hill Ct. 06067 Tel- 860-258-5887 by way of Regular mail.

from the Petitioner

Judson H. Brown
900- Highland ave
Cheshire, Ct. 06410

Judson H.B  # 101299

2-27-06